IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:16 CR 54 |
| | ) | |
| vs. | ) | 18 U.S.C. § 1594(c) |
| | ) | 18 U.S.C. § 1591(a)(1)&(a)(2) |
| DAMON JACKSON | ) | 18 U.S.C. § 1591(b)(1) |
| a/k/a "DJ" | ) | 18 U.S.C. § 2251(a) & (e) |
| a/k/a "Daddy Frost" | ) | 18 U.S.C. § 2 |
| TREMEL BLACK | ) | |
| a/k/a "Sincere" | ) | |
| a/k/a "New York" | ) | |
| DA-SHUN SHUKUR CURRY | ) | |
| a/k/a "Dae Dae" | ) | INDICTMENT |
| BAKARI SHAHID MCMILLAN | ) | |
| a/k/a "Bizzle" | ) | |
| KERRY TAYLOR | ) | |
| a/k/a "KJ" | ) | |
| DESMOND SINGLETARY | ) | |
| a/k/a "Six" | ) | |
| HOWARD PARKER | ) | |
| a/k/a "Poppa" | ) | |
| RYAN SHAQUON TURNER | ) | |
| a/k/a "Gotti" | ) | |
| a/k/a "Qweezy" | ) | |

COUNT 1
(Conspiracy to Commit Sex Trafficking)

THE GRAND JURY CHARGES:

1. That beginning at a date unknown to the Grand Jury but from at least in or about May 2014 and continuing thereafter up and to the date of this Indictment, the exact dates being unknown to the Grand Jury, in the District of South Carolina and elsewhere, the Defendants, DAMON JACKSON, a/k/a "DJ", a/k/a "Daddy Frost", TREMEL BLACK, a/k/a "Sincere", a/k/a "New York", DA-SHUN SHUKUR CURRY, a/k/a "Dae Dae", BAKARI SHAHID MCMILLAN, a/k/a "Bizzle", KERRY TAYLOR, a/k/a "KJ", DESMOND SINGLETARY, a/k/a "Six", HOWARD PARKER, a/k/a "Poppa", RYAN SHAQUON TURNER, a/k/a "Gotti", a/k/a "Qweezy" in and affecting interstate commerce, knowingly did combine, conspire, confederate,

agree and have a tacit understanding with each other and with others known and unknown to the Grand Jury, to:

A. recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, and to benefit financially by receiving anything of value from participation in a venture which has recruited, enticed, harbored, transported provided, obtained, and maintained a person, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe the person, that such person had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (a)(2);

B. recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, and to benefit financially by receiving anything of value from participation in a venture which has recruited, enticed, harbored, transported provided, obtained, and maintained a person, knowing and in reckless disregard of the fact, that force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause the person to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (a)(2).

## Manner and Means

2. It was part of the conspiracy that the conspirators would recruit minor victims and young women to work for them.

3. It was further part of the conspiracy that the conspirators would and did instruct the minor victims and young women how to solicit and charge for commercial sex acts.

4. It was further part of the conspiracy that the conspirators would and did place advertisements on the internet advertising the minor victims and young women for commercial sex acts.

5. It was further part of the conspiracy that the conspirators would and did use vehicles, public highways, hotels, private homes, telephones, and the internet to facilitate the commercial sex acts.

6. It was further part of the conspiracy that the conspirators would and did physically beat or threaten to physically beat the minor victims and young women to scare and control them.

All in violation of Title 18, United States Code, Section 1594(c).

COUNT 2
(Trafficking of a Minor for Sex Involving Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That beginning at a date unknown to the Grand Jury but from at least in or about April 2011 and continuing thereafter up and to in or about May 2011, the exact dates being unknown to the Grand Jury, in the District of South Carolina and elsewhere, the Defendant, DAMON JACKSON, a/k/a "DJ", a/k/a "Daddy Frost", together with others, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely D.B., and did benefit financially by receiving anything of value from participation in a venture engaged in such acts, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause D.B. to engage in a commercial sex act, and knowing and in reckless disregard of the fact, and having had a reasonable opportunity to

observe D.B., that D.B. had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(1) and 2.

COUNT 3
(Trafficking of a Minor for Sex Involving Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That beginning at a date unknown to the Grand Jury in or about June 2014, the exact dates being unknown to the Grand Jury, the exact dates being unknown to the Grand Jury, in the District of South Carolina and elsewhere, the Defendant, DAMON JACKSON, a/k/a "DJ", a/k/a "Daddy Frost", together with others, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely S.P., and did benefit financially by receiving anything of value from participation in a venture engaged in such acts, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause S.P. to engage in a commercial sex act, and knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe S.P., that S.P. had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(1) and 2.

COUNT 4
(Sex Trafficking by Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That beginning at a date unknown to the Grand Jury but from at least in or about August 2013 and continuing thereafter up and to in or about May 2014, the exact dates being unknown

to the Grand Jury, in the District of South Carolina and elsewhere, the defendant, Defendant, DAMON JACKSON, a/k/a "DJ", a/k/a "Daddy Frost", together with others, did knowingly in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely L.W., and did benefit financially by receiving anything of value from participation in a venture engaged in such acts, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause L.W. to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(1) and 2.

COUNT 5
(Sex Trafficking by Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That beginning at a date unknown to the Grand Jury in or about May 2014, the exact dates being unknown to the Grand Jury, in the District of South Carolina and elsewhere, the defendant, Defendant, DAMON JACKSON, a/k/a "DJ", a/k/a "Daddy Frost", together with others, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely B.E., and did benefit financially by receiving anything of value from participation in a venture engaged in such acts, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause B.E. to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(1) and 2.

COUNT 6
(Sex Trafficking by Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That beginning at a date unknown to the Grand Jury but from at least in or about December 2013 and continuing thereafter up and to in or about May 2014, the exact dates being unknown to the Grand Jury, in the District of South Carolina and elsewhere, the defendant, Defendant, DAMON JACKSON, a/k/a "DJ", a/k/a "Daddy Frost", together with others, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely S.B., and did benefit financially by receiving anything of value from participation in a venture engaged in such acts, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause S.B. to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(1) and 2.

COUNT 7
(Sex Trafficking by Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That in or about August 2014, the exact dates being unknown to the Grand Jury, in the District of South Carolina and elsewhere, the defendant, Defendant, DAMON JACKSON, a/k/a "DJ", a/k/a "Daddy Frost", together with others, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely B.H., and did benefit financially by receiving anything of value from participation in a venture engaged in such acts, knowing and in reckless disregard of the fact that

means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause B.H. to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(1) and 2.

COUNT 8
(Sex Trafficking by Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That in or about July 2014, the exact dates being unknown to the Grand Jury, in the District of South Carolina and elsewhere, the defendant, Defendant, DAMON JACKSON, a/k/a "DJ", a/k/a "Daddy Frost", together with others, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely T.S., and did benefit financially by receiving anything of value from participation in a venture engaged in such acts, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause T.S. to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(1) and 2.

COUNT 9
(Sex Trafficking by Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That in or about July 2014, the exact dates being unknown to the Grand Jury, in the District of South Carolina and elsewhere, the defendant, Defendant, DAMON JACKSON, a/k/a "DJ", a/k/a "Daddy Frost", together with others, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely B.S., and did benefit financially by receiving anything of value from

participation in a venture engaged in such acts, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause B.S. to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(1) and 2.

COUNT 10

(Trafficking of a Minor for Sex Involving Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That in or about March 2015, the exact dates being unknown to the Grand Jury, in the District of South Carolina and elsewhere, the Defendant, BAKARI SHAHID MCMILLAN (a/k/a BIZZLE), did knowingly, in and affecting interstate, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely S.P., and did benefit financially by receiving anything of value from participation in a venture engaged in such acts, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause S.P. to engage in a commercial sex act, and knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe S.P., that S.P. had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(1) and 2.

Count 11

(Trafficking of a Minor for Sex Involving Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That beginning at a date unknown to the Grand Jury but from at least in or about August 2011 and continuing thereafter up and to in or about December 2012, the exact dates being

unknown to the Grand Jury, in the District of South Carolina and elsewhere, the Defendant, BAKARI SHAHID MCMILLAN, a/k/a "Bizzle", together with others, did knowingly, in and affecting interstate ,commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely D.B., and did benefit financially by receiving anything of value from participation in a venture engaged in such acts, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause D.B. to engage in a commercial sex act, and knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe D.B., that D.B. had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(1) and 2.

COUNT 12
(Sex Trafficking by Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That beginning at a date unknown to the Grand Jury but from at least in or about July 2013 and continuing thereafter up and to in or about April 2015, the exact dates being unknown to the Grand Jury, in the District of South Carolina and elsewhere, the Defendant, BAKARI SHAHID MCMILLAN, a/k/a "Bizzle", together with others, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely N.N., and did benefit financially by receiving anything of value from participation in a venture engaged in such acts, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause N.N. to engage in a commercial sex act, and

knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe N.N., that N.N. had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(1) and 2.

COUNT 13

(Trafficking of a Minor for Sex Involving Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That beginning at a date unknown to the Grand Jury but from at least in or about March 2014 and continuing thereafter up and to in or about April 2014, the exact dates being unknown to the Grand Jury, in the District of South Carolina and elsewhere, the Defendant, KERRY TAYLOR, a/k/a "KJ", together with others, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely P.J., and did benefit financially by receiving anything of value from participation in a venture engaged in such acts, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause P.J. to engage in a commercial sex act, and knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe P.J. that P.J. had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(1) and 2.

COUNT 14

(Trafficking of a Minor for Sex Involving Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That beginning at a date unknown to the Grand Jury but from at least in or about March 2014 and continuing thereafter up and to in or about April 2014 the exact dates being unknown to the Grand Jury, the exact dates being unknown to the Grand Jury, in the District of South Carolina and elsewhere, the Defendant, KERRY TAYLOR (a/k/a KJ), together with others, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely K.W., and did benefit financially by receiving anything of value from participation in a venture engaged in such acts, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause K.W. to engage in a commercial sex act, and knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe K.W. that K.W. had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(1) and 2.

COUNT 15

(Sex Trafficking by Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That beginning at a date unknown to the Grand Jury but from at least in or about May 2014 and continuing thereafter up and to in or about March 2015, the exact dates being unknown to the Grand Jury, in the District of South Carolina and elsewhere, the defendant, Defendant, KERRY TAYLOR, a/k/a "KJ", together with others, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a

person, namely S.B., and did benefit financially by receiving anything of value from participation in a venture engaged in such acts, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause S.B. to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1) and 2.

COUNT 16

(Trafficking of a Minor for Sex Involving Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That beginning at a date unknown to the Grand Jury but from at least in or about May 2011 and continuing thereafter up and to in or about August 2011, the exact dates being unknown to the Grand Jury, the exact dates being unknown to the Grand Jury, in the District of South Carolina and elsewhere, the Defendant, TREMEL BLACK (a/k/a SINCERE, a/k/a NEW YORK) together with others, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely D.B., and did benefit financially by receiving anything of value from participation in a venture engaged in such acts, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause D.B. to engage in a commercial sex act, and knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe D.B. that D.B. had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(1) and 2.

COUNT 17
(Sex Trafficking by Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That beginning at a date unknown to the Grand Jury but from at least in or about September 2014 and continuing thereafter up and to in or about November 2014, the exact dates being unknown to the Grand Jury, in the District of South Carolina and elsewhere, the defendant, Defendant, TREMEL BLACK (a/k/a SINCERE, a/k/a NEW YORK), together with others, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely B.H, and did benefit financially by receiving anything of value from participation in a venture engaged in such acts, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause B.H. to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1) and 2.

COUNT 18
(Trafficking of a Minor for Sex Involving Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That beginning at a date unknown to the Grand Jury but from at least in or about March 2014 and continuing thereafter up and to in or about April 2014, in the District of South Carolina and elsewhere, the Defendant, HOWARD PARKER, a/k/a "Poppa", together with others, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely P.J., and did benefit financially by receiving anything of value from participation in a venture engaged in such acts, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion as defined

in Title 18, United States Code, Section 1591(e)(2), would be used to cause P.J. to engage in a commercial sex act, and knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe P.J. that P.J. had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(1) and 2.

COUNT 19
(Sex Trafficking by Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That beginning at a date unknown to the Grand Jury but from at least in or about March 2014 and continuing thereafter up and to in or about April 2014, the exact dates being unknown to the Grand Jury, the exact dates being unknown to the Grand Jury, in the District of South Carolina and elsewhere, the Defendant, HOWARD PARKER, a/k/a "Poppa", together with others, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely D.B., and did benefit financially by receiving anything of value from participation in a venture engaged in such acts, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause D.B. to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1) and 2.

COUNT 20
(Trafficking of a Minor for Sex Involving Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That beginning at a date unknown to the Grand Jury but from at least in or about March 2014 and continuing thereafter up and to in or about April 2014, the exact dates being unknown to the Grand Jury, the exact dates being unknown to the Grand Jury, in the District of South Carolina and elsewhere, the Defendant, DA'SHUN SHUKUR CURRY (a/k/a DAE DAE), together with others, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely P.J., and did benefit financially by receiving anything of value from participation in a venture engaged in such acts, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause P.J. to engage in a commercial sex act, and knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe P.J. that P.J. had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(1) and 2.

COUNT 21
(Trafficking of a Minor for Sex Involving Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That beginning at a date unknown to the Grand Jury but from at least in or about December 2013 and continuing thereafter up and to in or about June 2014, the exact dates being unknown to the Grand Jury, the exact dates being unknown to the Grand Jury, in the District of South Carolina and elsewhere, the Defendant, DA'SHUN SHUKUR CURRY (a/k/a DAE DAE), together with others, did knowingly, in and affecting interstate commerce, recruit, entice, harbor,

transport, provide, obtain, and maintain by any means, a person, namely D.B., and did benefit financially by receiving anything of value from participation in a venture engaged in such acts, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause D.B. to engage in a commercial sex act, and knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe D.B. that D.B. had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(1) and 2.

COUNT 22

(Trafficking of a Minor for Sex Involving Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That beginning at a date unknown to the Grand Jury but from at least in or about March 2014 and continuing thereafter up and to in or about April 2014, the exact dates being unknown to the Grand Jury, the exact dates being unknown to the Grand Jury, in the District of South Carolina and elsewhere, the Defendant, DA'SHUN SHUKUR CURRY (a/k/a DAE DAE), together with others, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely K.W., and did benefit financially by receiving anything of value from participation in a venture engaged in such acts, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause K.W. to engage in a commercial sex act, and knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe K.W. that K.W. had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(1) and 2.

COUNT 23
(Sex Trafficking by Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That beginning at a date unknown to the Grand Jury but from at least in or about October 2013 and continuing thereafter up to in or about November 2013, the exact dates being unknown to the Grand Jury, in the District of South Carolina and elsewhere, the defendant, Defendant, DESMOND SINGLETARY, a/k/a "Six", together with others, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely L.W., and did benefit financially by receiving anything of value from participation in a venture engaged in such acts, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause L.W. to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1) and 2.

COUNT 24
(Sex Trafficking by Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That in or about July 2014, the exact dates being unknown to the Grand Jury, in the District of South Carolina and elsewhere, the Defendant, RYAN SHAQUON TURNER, a/k/a "Gotti", a/k/a "Qweezy", together with others, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely T.S., and did benefit financially by receiving anything of value from participation in a venture engaged in such acts, knowing, and in reckless disregard of the fact,

that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause T.S. to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), and Section 2.

COUNT 25
(Sex Trafficking by Force, Fraud, and Coercion)

THE GRAND JURY FURTHER CHARGES:

That beginning at a date unknown to the Grand Jury but in or about July 2014, the exact dates being unknown to the Grand Jury, in the District of South Carolina and elsewhere, the defendant, Defendant, RYAN SHAQUON TURNER (a/k/a GOTTI, a/k/a QWEEZY), together with others, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely B.S., and did benefit financially by receiving anything of value from participation in a venture engaged in such acts, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause B.S. to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1) and 2.

COUNT 26
(Sexual Exploitation of a Child)

THE GRAND JURY FURTHER CHARGES:

That between on or about March 2014, until on or about April 2015, in the District of South Carolina and elsewhere, Defendant KERRY TAYLOR, a/k/a "KJ", did employ, use, persuade, induce, entice, and coerce a minor, namely P.J., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which was produced using materials that

had been mailed, shipped, or transported in and affecting interstate or foreign commerce by any means, including by computer, and which was transmitted using any means and facility of interstate commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

A True Bill

[redacted]

WILLIAM N. NETTLES (MTA)
UNITED STATES ATTORNEY