**RECORD OF GRAND JURY BALLOT**

C/ 2:16 cr 54

**THE UNITED STATES OF AMERICA v. DAMON TAQUAN JACKSON, a/k/a "DJ", a/k/a "Daddy Frost", ET AL.**

(SEALED UNTIL FURTHER ORDER OF THE COURT)